**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CR-20129-GAYLES

**UNITED STATES OF AMERICA**,

                    Plaintiff(s),

v.

VALERY ZIDOR,

                    Defendant(s).

**DEFENDANT'S**
**UNOPPOSED MOTION FOR CONTINUANCE OF CALENDAR CALL**

COMES NOW, THE DEFENDANT, VALERY ZIDOR, by and through undersigned counsel, David J. Braun, and hereby files this Unopposed Motion for Continuance of the May 13, 2026, Calendar Call date and in support thereof would state as follows:

1.) A hearing is presently set for May 13, 2026, for a Call-In Calendar Call. This is the first time up, after the Defendant's surrender.

2.) Undersigned counsel is in discussion with the AUSA regarding a plea in this matter, and needs further time to meet with the AUSA and the client.

3.) The Defendant knowingly and intelligently waives her right to speedy trial in this matter.

4.) Undersigned counsel has communicated with Assistant United States Attorney Jeffrey Pierce, Esquire, who has no objection to the continuance.

5.) The undersigned respectfully requests that this Court enter an Order granting said relief. Neither the Government, the Defendant, the public, nor the Court would be prejudiced

by the granting of this motion, which is made for the purposes set forth above, and to ensure adequate time for thorough review of Discovery and preparation for resolution.

6.) Undersigned counsel is respectfully requesting that this matter be continued, and reset for another Call-In Calendar Call hearing date.

WHEREFORE, in consideration of the foregoing, the Defendant  prays this Honorable Court grant the relief requested in this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing was electronically served via the CM/ECF filing system, upon the U.S. Attorneys Office, JEFFREY PIERCE, ESQUIRE, and all parties of record of this 8 day of  MAY, 2026.

**BRAUN LAW GROUP, PLLC**
1601 N. Palm Ave., Suite 301
Pembroke Pines, FL 33026-3242
Telephone:     (954) 681-3000
Facsimile:     (954) 436-9542

*Counsel for the Defendant*

Respectfully Submitted By:          */s/* David J. Braun, Esq.
_____
**DAVID J. BRAUN, ESQ.**
FBN: 17942
DavidBraun@BraunLawGroup.net
litigation@braunlawgroup.net