UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    26-CR-20129-GAYLES

UNITED STATES OF AMERICA

v.

VALERY ZIDOR,

        Defendant.

_____/

## FACTUAL PROFFER

The United States and the Defendant, Valery Zidor (ZIDOR), stipulate that if this case were to proceed to trial, the United States would prove the following facts, among others, beyond a reasonable doubt:

1.      ZIDOR is not a citizen or national of the United States.  ZIDOR is a citizen and national of Haiti.

2.      On or about August 26, 2024, and September 12, 2024, ZIDOR filled out, signed, and submitted voter registration forms in order to register to vote in Miami-Dade County.  On both voter registration forms, ZIDOR checked the "YES" box to the question, "Are you a citizen of the United States of America?," knowing such claim to be false and knowing that she was not a citizen of the United States.

3.      On or about October 30, 2024, ZIDOR voted in the 2024 General Election, which was held in part to elect a candidate for President, Vice President, United States Senator, and Member of the House of Representatives.  ZIDOR voted despite fully knowing she was not a citizen of the United States.

1

4.    The United States and ZIDOR agree that these facts, which do not include all of the facts known to the United States and to ZIDOR, are sufficient to prove ZIDOR committed the crimes of making a false claim of citizenship in order to vote, in violation of Title 18, United States Code, Section 1015(f), and voting by alien, in violation of Title 18, United States Code, Section 611.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 7/27/26

JEFFREY M. PIERCE
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Date: 7/21/26

DAVID BRAUN, ESQ.
ATTORNEY FOR DEFENDANT

Date: 7/21/26.

VALERY ZIDOR
DEFENDANT