**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CR-20129-GAYLES

**UNITED STATES OF AMERICA,**

Plaintiff(s),

v.

VALERY ZIDOR,

Defendant(s).

# DEFENDANT'S UNOPPOSED MOTION FOR RETURN OF PASSPORT

COMES NOW, THE DEFENDANT, VALERY ZIDOR, by and through undersigned counsel, David J. Braun, and hereby files this Unopposed Motion for Return of Passport and in support thereof would state as follows:

1.) The Defendant entered a Guilty plea and was sentenced on October 29, 2026, to a sentence of time served on all counts, Counts 1, 2, and 3.

1.) The Defendant is scheduled to surrender to ICE on November 9, 2026.

2.) It is respectfully requested that this Court enter an Order releasing the Defendant's Haitian passport. It is currently in the custody of her Pretrial Officer, Jorge J. Ferdinandy. Mr. Ferdinandy has advised that he needs a Court Order to release the passport to the Defendant.

3.) Undersigned counsel has communicated with AUSA Jeffrey Pierce, Esquire, who has no objection to the return of the passport.

WHEREFORE, in consideration of the foregoing, the Defendant prays this Honorable Court grant the relief requested in this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing was electronically served via the CM/ECF filing system, upon the U.S. Attorneys Office, JEFFREY PIERCE, ESQUIRE, and all parties of record of this 30 day of OCTOBER, 2026.

**BRAUN LAW GROUP, PLLC**
1601 N. Palm Ave., Suite 301
Pembroke Pines, FL 33026-3242
Telephone: (954) 681-3000
Facsimile: (954) 436-9542

*Counsel for the Defendant*

Respectfully Submitted By: /s/ David J. Braun, Esq.

**DAVID J. BRAUN, ESQ.**
FBN: 17942
DavidBraun@BraunLawGroup.net
litigation@braunlawgroup.net